IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 4 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-03083-BNB

MR. JOE W. JEAN-LOUIS,

    Plaintiff,

v.

GOVERNOR, State of Colorado, and
MAYOR, Denver, Colorado,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Joe W. Jean-Louis, initiated this action by filing *pro se* a "Citizen Complaint of Gross Negligence." On December 30, 2010, Magistrate Judge Boyd N. Boland directed Mr. Jean-Louis to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Jean-Louis to file a Prisoner Complaint and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Jean-Louis was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On January 28, 2011, Mr. Jean-Louis filed a letter to the Court titled "Civil Defense." However, he has failed to file a Prisoner Complaint and he has failed either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the "Citizen Complaint of Gross Negligence" and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies as directed.

DATED at Denver, Colorado, this __4th__ day of ____February____, 2011.

BY THE COURT:

____s/Lewis T. Babcock____
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03083

Joe W Jean-Louis
Reg. No. 23345-048
USP Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on February 4, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk